# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EFRAIN VILLELA BANUELOS (2), <br><br> Defendant. | Case No.: 3:19-CR-5029-JLS <br><br> **ORDER AND JUDGMENT DISMISSING INFORMATION** |

The United States' Motion to Dismiss the Information as to Defendant Efrain Villela Banuelos (ECF No. 91) is hereby GRANTED. The Information (ECF No. 10) is DISMISSED, as to Defendant Efrain Villela Banuelos only, without prejudice.

**IT IS SO ORDERED.**

Dated: July 2, 2021

Hon. Janis L. Sammartino
United States District Judge